UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 22-CR-60078-RUIZ(s)(s)

**UNITED STATES OF AMERICA**

v.

**WILBER VIGIL-BENITEZ,**
                **Defendant**
_____/

## JOINT FILING OF PROPOSED JURY INSTRUCTIONS AND VERDICT FORM

Pursuant to Fed. R. Crim. P. 30 and the Court's Trial Order (DE: 205), the United States respectfully submits these proposed jury instructions and proposed verdict form. The parties respectfully request that the parties be allowed to propose such additional instructions as become appropriate based upon the trial testimony, and that the Court inform the parties, prior to closing arguments, which instructions the Court will accept and which it will decline.

                                                  Respectfully submitted,

                                                  MARKENZY LAPOINTE
                                                  UNITED STATES ATTORNEY

By:    *s/ Brian Dobbins*
        BRIAN DOBBINS
        Assistant United States Attorney
        Court No. A5501182
        99 NE 4th Street, 6th Floor
        Miami, FL 33132
        Tel: (305) 961-9304
        Brian.Dobbins@usdoj.gov

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 7, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

*s/ Brian Dobbins*
Brian Dobbins
Assistant United States Attorney