UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 22-CR-60078-RUIZ(s)(s)

UNITED STATES OF AMERICA

v.

WILBER VIGIL-BENITEZ,

Defendant.

_____/

FILED BY _____ D.C.

FEB 06 2025

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## GOVERNMENT'S INDEX OF ADMITTED TRIAL EXHIBITS

The United States of America hereby files the attached Exhibit List. Additionally, the following admitted exhibits and digital photographs of non-documentary physical exhibits, with redactions for personal identifying information, are attached: 5A-5E, 1A-11D, 12A-12R, 13, 14, 15, 16, 18, 19A(T)-19E(T), 19A-19E, 20A-20I, 21, 22, 23, 24, 25, 26, 27, 28, 29, 32, 33, 34, 35, 36, 37, 38, 39, 40, 41A-41C, 43, 44A-44G, 47, 48, 50, 51, 52, 53, 54, 55, 56, 57, 58, 59, 60, 61, 62A-62D, 64, 65, 66, 67, 68, 69, 70, 71, 72, 73A-73B, 74, 75, 77A-77H, 78, 82A-82B, 83, 85A-85F, 86 and 88. The government's Admitted Exhibits: 2A-2J, 30, 31, 42A, 79A-79C, 80A-80R, 81A and 87A-87B will be filed conventionally with the Court. The government is contemporaneously moving to file the following exhibits under seal, Exhibits: 1A-1I, 3A-3L, 4A-4E, 7A-7C, 9A-9B, 10A-10S, 17, 49, 63, 76A-76C, and 84.

1

Respectfully submitted,

HAYDEN P. O'BYRNE
UNITED STATES ATTORNEY

By:   /s/ BRIAN *DOBBINS*
      Brian Dobbins
      Assistant United States Attorney
      Court ID No. A5501182
      99 Northeast 4th Street, 5th Floor
      Miami, Florida 33132
      T. (305) 961-9304
      Brian.Dobbins@usdoj.gov

| Exhibit Number | Filing Type | Description of Exhibits |
|---|---|---|
| 1. | Sealed | (A-C) Photographs of 19677 120th Avenue South, Boca Raton, Florida |
| 2. | Conventional | (A-J) Videos of 19677 120th Avenue South, Boca Raton, Florida |
| 3. | Sealed | (A-L) Photographs of G.V.P. at 19677 120th Avenue South, Boca Raton, Florida |
| 4. | Sealed | (A-E) Photographs of Drag Marks at19677 120th Avenue South, Boca Raton, Florida |
| 5. | Electronic | (A-E) Photographs of Casing |
| 6. | Electronic | Casing |
| 7. | Sealed | (A-C) Photographs of Projectile |
| 8. | Electronic | Projectile |
| 9. | Electronic | (A-B) Photographs of tooth near G.V.P. |
| 10. | Sealed | (A-S) Photographs of other items recovered near G.V.P. |
| 11. | Electronic | (A-D) Photographs of G.V.P.'s wallet |
| 12. | Electronic | (A-R) Photographs o`'f G.V.P.'s clothing |
| 13. | Electronic | G.V.P.'s shirt |
| 14. | Electronic | G.V.P.'s pants |
| 15. | Electronic | G.V.P.'s boxers |
| 16. | Electronic | G.V.P.'s shoes |
| 17. | Sealed | W.T.S.'s Plea Agreement |
| 18. | Electronic | Phone belonging to W.T.S. |
| 19. | Electronic | (A-F) MS-13 Rules belonging to W.T.S. and Translation |

| Exhibit Number | Filing Type | Description of Exhibits |
|---|---|---|
| 20. | Electronic | (A-H) Photos from phone belonging to W.T.S. |
| 21. | Electronic | Photo Line Up by W.T.S. – "Fearless" |
| 22. | Electronic | Photo Line Up by W.T.S. – "Aridlla" |
| 23. | Electronic | Photo Line Up by W.T.S. – "Big Foot" |
| 24. | Electronic | Photo Line Up by W.T.S. – "Mariachi" |
| 25. | Electronic | Photo Line Up by W.T.S. – "Chango" |
| 26. | Electronic | Photo Line Up by W.T.S. – "Blue" |
| 27. | Electronic | Photo Line Up by W.T.S. – "Diuscreto" |
| 28. | Electronic | Photo Line Up by W.T.S. – "Solitario" (Defendant) |
| 29. | Electronic | Map of Chango's House – Marked by W.T.S. |
| 30. | Conventional | GPS records for W.T.S. (Allied Universal) |
| 31. | Conventional | (A-B) Defendant's Post-Miranda Statement and Translation – 1-18-2023 |
| 32. | Electronic | Defendant's Miranda Waiver Form – 1-18-2023 |
| 33. | Electronic | Photo Line Up by Defendant – "Fearless" |
| 34. | Electronic | Photo Line Up by Defendant – "Sombra" |
| 35. | Electronic | Photo Line Up by Defendant – "Big Foot" |
| 36. | Electronic | Photo Line Up by Defendant – "Ardilla" |
| 37. | Electronic | Photo Line Up by Defendant – "Chango" |
| 38. | Electronic | Photo Line Up by Defendant – "Discreto" |
| 39. | Electronic | Photo Line Up by Defendant – "Blue" |
| 40. | Electronic | Photo Line Up by Defendant – "Power" |
| 41. | Electronic | (A-C) Social Media Photos shown to the Defendant |
| 42. | Conventional | (A-B) Defendant's Post-Miranda Statement and Translation – 6-28-2023 |
| 43. | Electronic | Defendant's Miranda Waiver Form – 6-28-2023 |
| 44. | Electronic | (A-G) Photos of Co-Conspirators Previously Identified Shown to the Defendant |
| 45. | Electronic | Photo Shown to Defendant – "Chango" |
| 46. | Electronic | (A-G) Crime Scene Photos Shown to the Defendant |
| 47. | Electronic | Photo Line Up by Defendant (2) – "Power" |
| 48. | Electronic | Defendant's Consent to Provide DNA |
| 49. | Sealed | M.C.O.'s Plea Agreement |
| 50. | Electronic | Photo Line Up by M.C.O. – "Ardilla" |
| 51. | Electronic | Photo Line Up by M.C.O. – "Sombra" |
| 52. | Electronic | Photo Line Up by M.C.O. – "Mariachi" |
| 53. | Electronic | Photo Line Up by M.C.O. – "Chango" |

| Exhibit Number | Filing Type | Description of Exhibits |
|---|---|---|
| 54. | Electronic | Photo Line Up by M.C.O. – "Blue" |
| 55. | Electronic | Photo Line Up by M.C.O. – "Discreto" |
| 56. | Electronic | Photo Line Up by M.C.O. – "Power" |
| 57. | Electronic | Photo Line Up by M.C.O. – "Fearless |
| 58. | Electronic | Photo Line Up by M.C.O. – "Solitario" (Defendant) |
| 59. | Electronic | Photo of homicide victim shown to M.C.O. |
| 60. | Electronic | Photo of homicide victim shown to M.C.O. |
| 61. | Electronic | Photo of car belonging to "Ardilla" shown to M.C.O. |
| 62. | Electronic | (A-D) Crime Scene Photos shown to M.C.O. |
| 63. | Sealed | K.G.M.'s Plea Agreement |
| 64. | Electronic | Photo Line Up by K.G.M. – "Sombra" |
| 65. | Electronic | Photo Line Up by K.G.M. – "Big Foot" |
| 66. | Electronic | Photo Line Up by K.G.M. – "Mariachi" |
| 67. | Electronic | Photo Line Up by K.G.M. – "Blue" |
| 68. | Electronic | Photo Line Up by K.G.M. – "Chango" |
| 69. | Electronic | Photo Line Up by K.G.M. – "Discreto" |
| 70. | Electronic | Photo Line Up by K.G.M. – "Power" |
| 71. | Electronic | Photo Line Up by K.G.M. – "Solitario" (Defendant) |
| 72. | Electronic | Photos of MS-13 members identified by K.G.M. |
| 73. | Electronic | (A-B) Photographs of the Defendant |
| 74. | Electronic | Certified Vehicle Registration – Mitsubishi |
| 75. | Electronic | Certified Vehicle Registration – Toyota |
| 76. | Sealed | (A-C) Autopsy Photos |
| 77. | Electronic | (A-H) Medical Examiner's Diagrams |
| 78. | Electronic | Photo Line Up by W.V.G. – "Fearless" |
| 79. | Conventional | Photo of Toyota from Facebook account belonging to "Blue" |
| 80. | Conventional | (A-T) Photos from Defendant's Facebook account |
| 81. | Conventional | (A-B) Controlled Call to K.G.M. and Translation |
| 82. | Electronic | (A-B) MS-13 Organizational Chart |
| 83. | Electronic | Chart of MS-13 Members |
| 84. | Sealed | W.V.G.'s Plea Agreement |
| 85. | Electronic | (A-D) Maps |
| 86. | Electronic | Trial Stipulation |
| 87. | Conventional | (A-B) Bigfoot Interview |
| 88. | Electronic | Bigfoot Statement Transcript |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on **February 6, 2025**, I electronically filed the foregoing

document with the Clerk of the Court via CM/ECF.

By:   /s/ *Brian Dobbins*
Brian Dobbins
Assistant United States Attorney

Case 0:22-cr-60078-RAR Document 315 Entered on FLSD Docket 02/06/2025 Page 1 of 5

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 22-CR-60078-RUIZ(s)(s)

UNITED STATES OF AMERICA

v.

WILBER VIGIL-BENITEZ,

Defendant.

_____/

## GOVERNMENT'S INDEX OF ADMITTED TRIAL EXHIBITS

The United States of America hereby files the attached Exhibit List. Additionally, the following admitted exhibits and digital photographs of non-documentary physical exhibits, with redactions for personal identifying information, are attached: 5A-5E, 1A-11D, 12A-12R, 13, 14, 15, 16, 18, 19A(T)-19E(T), 19A-19E, 20A-20I, 21, 22, 23, 24, 25, 26, 27, 28, 29, 32, 33, 34, 35, 36, 37, 38, 39, 40, 41A-41C, 43, 44A-44G, 47, 48, 50, 51, 52, 53, 54, 55, 56, 57, 58, 59, 60, 61, 62A-62D, 64, 65, 66, 67, 68, 69, 70, 71, 72, 73A-73B, 74, 75, 77A-77H, 78, 82A-82B, 83, 85A-85F, 86 and 88. The government's Admitted Exhibits: 2A-2J, 30, 31, 42A, 79A-79C, 80A-80R, 81A and 87A-87B will be filed conventionally with the Court. The government is contemporaneously moving to file the following exhibits under seal, Exhibits: 1A-1I, 3A-3L, 4A-4E, 7A-7C, 9A-9B, 10A-10S, 17, 49, 63, 76A-76C, and 84.

1

Case 0:22-cr-60078-RAR Document 315 Entered on FLSD Docket 02/06/2025 Page 2 of 5

Respectfully submitted,

HAYDEN P. O'BYRNE
UNITED STATES ATTORNEY

By:    /s/ BRIAN *DOBBINS*_____
       Brian Dobbins
       Assistant United States Attorney
       Court ID No. A5501182
       99 Northeast 4th Street, 5th Floor
       Miami, Florida 33132
       T. (305) 961-9304
       Brian.Dobbins@usdoj.gov

| Exhibit Number | Filing Type | Description of Exhibits |
|---|---|---|
| 1. | Sealed | (A-C) Photographs of 19677 120th Avenue South, Boca Raton, Florida |
| 2. | Conventional | (A-J) Videos of 19677 120th Avenue South, Boca Raton, Florida |
| 3. | Sealed | (A-L) Photographs of G.V.P. at 19677 120th Avenue South, Boca Raton, Florida |
| 4. | Sealed | (A-E) Photographs of Drag Marks at 19677 120th Avenue South, Boca Raton, Florida |
| 5. | Electronic | (A-E) Photographs of Casing |
| 6. | Electronic | Casing |
| 7. | Sealed | (A-C) Photographs of Projectile |
| 8. | Electronic | Projectile |
| 9. | Electronic | (A-B) Photographs of tooth near G.V.P. |
| 10. | Sealed | (A-S) Photographs of other items recovered near G.V.P. |
| 11. | Electronic | (A-D) Photographs of G.V.P.'s wallet |
| 12. | Electronic | (A-R) Photographs o``f G.V.P.'s clothing |
| 13. | Electronic | G.V.P.'s shirt |
| 14. | Electronic | G.V.P.'s pants |
| 15. | Electronic | G.V.P.'s boxers |
| 16. | Electronic | G.V.P.'s shoes |
| 17. | Sealed | W.T.S.'s Plea Agreement |
| 18. | Electronic | Phone belonging to W.T.S. |
| 19. | Electronic | (A-F) MS-13 Rules belonging to W.T.S. and Translation |

Case 0:22-cr-60078-RAR Document 313 Entered on FLSD Docket 02/06/2025 Page 3 of 5

| Exhibit Number | Filing Type | Description of Exhibits |
|---|---|---|
| 20. | Electronic | (A-H) Photos from phone belonging to W.T.S. |
| 21. | Electronic | Photo Line Up by W.T.S. – "Fearless" |
| 22. | Electronic | Photo Line Up by W.T.S. – "Aridlla" |
| 23. | Electronic | Photo Line Up by W.T.S. – "Big Foot" |
| 24. | Electronic | Photo Line Up by W.T.S. – "Mariachi" |
| 25. | Electronic | Photo Line Up by W.T.S. – "Chango" |
| 26. | Electronic | Photo Line Up by W.T.S. – "Blue" |
| 27. | Electronic | Photo Line Up by W.T.S. – "Diuscreto" |
| 28. | Electronic | Photo Line Up by W.T.S. – "Solitario" (Defendant) |
| 29. | Electronic | Map of Chango's House – Marked by W.T.S. |
| 30. | Conventional | GPS records for W.T.S. (Allied Universal) |
| 31. | Conventional | (A-B) Defendant's Post-Miranda Statement and Translation – 1-18-2023 |
| 32. | Electronic | Defendant's Miranda Waiver Form – 1-18-2023 |
| 33. | Electronic | Photo Line Up by Defendant – "Fearless" |
| 34. | Electronic | Photo Line Up by Defendant – "Sombra" |
| 35. | Electronic | Photo Line Up by Defendant – "Big Foot" |
| 36. | Electronic | Photo Line Up by Defendant – "Ardilla" |
| 37. | Electronic | Photo Line Up by Defendant – "Chango" |
| 38. | Electronic | Photo Line Up by Defendant – "Discreto" |
| 39. | Electronic | Photo Line Up by Defendant – "Blue" |
| 40. | Electronic | Photo Line Up by Defendant – "Power" |
| 41. | Electronic | (A-C) Social Media Photos shown to the Defendant |
| 42. | Conventional | (A-B) Defendant's Post-Miranda Statement and Translation – 6-28-2023 |
| 43. | Electronic | Defendant's Miranda Waiver Form – 6-28-2023 |
| 44. | Electronic | (A-G) Photos of Co-Conspirators Previously Identified Shown to the Defendant |
| 45. | Electronic | Photo Shown to Defendant – "Chango" |
| 46. | Electronic | (A-G) Crime Scene Photos Shown to the Defendant |
| 47. | Electronic | Photo Line Up by Defendant (2) – "Power" |
| 48. | Electronic | Defendant's Consent to Provide DNA |
| 49. | Sealed | M.C.O.'s Plea Agreement |
| 50. | Electronic | Photo Line Up by M.C.O. – "Ardilla" |
| 51. | Electronic | Photo Line Up by M.C.O. – "Sombra" |
| 52. | Electronic | Photo Line Up by M.C.O. – "Mariachi" |
| 53. | Electronic | Photo Line Up by M.C.O. – "Chango" |

Case 0:22-cr-60078-RAR Document 315 Entered on FLSD Docket 02/06/2025 Page 4 of 5

| Exhibit Number | Filing Type | Description of Exhibits |
|---|---|---|
| 54. | Electronic | Photo Line Up by M.C.O. – "Blue" |
| 55. | Electronic | Photo Line Up by M.C.O. – "Discreto" |
| 56. | Electronic | Photo Line Up by M.C.O. – "Power" |
| 57. | Electronic | Photo Line Up by M.C.O. – "Fearless |
| 58. | Electronic | Photo Line Up by M.C.O. – "Solitario" (Defendant) |
| 59. | Electronic | Photo of homicide victim shown to M.C.O. |
| 60. | Electronic | Photo of homicide victim shown to M.C.O. |
| 61. | Electronic | Photo of car belonging to "Ardilla" shown to M.C.O. |
| 62. | Electronic | (A-D) Crime Scene Photos shown to M.C.O. |
| 63. | Sealed | K.G.M.'s Plea Agreement |
| 64. | Electronic | Photo Line Up by K.G.M. – "Sombra" |
| 65. | Electronic | Photo Line Up by K.G.M. – "Big Foot" |
| 66. | Electronic | Photo Line Up by K.G.M. – "Mariachi" |
| 67. | Electronic | Photo Line Up by K.G.M. – "Blue" |
| 68. | Electronic | Photo Line Up by K.G.M. – "Chango" |
| 69. | Electronic | Photo Line Up by K.G.M. – "Discreto" |
| 70. | Electronic | Photo Line Up by K.G.M. – "Power" |
| 71. | Electronic | Photo Line Up by K.G.M. – "Solitario" (Defendant) |
| 72. | Electronic | Photos of MS-13 members identified by K.G.M. |
| 73. | Electronic | (A-B) Photographs of the Defendant |
| 74. | Electronic | Certified Vehicle Registration – Mitsubishi |
| 75. | Electronic | Certified Vehicle Registration – Toyota |
| 76. | Sealed | (A-C) Autopsy Photos |
| 77. | Electronic | (A-H) Medical Examiner's Diagrams |
| 78. | Electronic | Photo Line Up by W.V.G. – "Fearless" |
| 79. | Conventional | Photo of Toyota from Facebook account belonging to "Blue" |
| 80. | Conventional | (A-T) Photos from Defendant's Facebook account |
| 81. | Conventional | (A-B) Controlled Call to K.G.M. and Translation |
| 82. | Electronic | (A-B) MS-13 Organizational Chart |
| 83. | Electronic | Chart of MS-13 Members |
| 84. | Sealed | W.V.G.'s Plea Agreement |
| 85. | Electronic | (A-D) Maps |
| 86. | Electronic | Trial Stipulation |
| 87. | Conventional | (A-B) Bigfoot Interview |
| 88. | Electronic | Bigfoot Statement Transcript |

Case 0:22-cr-60078-RAR Document 313 Entered on FLSD Docket 02/06/2025 Page 5 of 5

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on **February 6, 2025**, I electronically filed the foregoing

document with the Clerk of the Court via CM/ECF.


By:     /s/ *Brian Dobbins*
        Brian Dobbins
        Assistant United States Attorney



**United States District Court**
**Southern District of Florida**

Case Number: *22 cr 60078*

# SUPPLEMENTAL ATTACHMENT(S)

Please refer to supplemental "file" in the division where the
Documents/Exhibits were submitted and filed.

Division Document/Exhibits Submitted and Filed: _____

These Documents/Exhibits must <u>not</u> be placed in the "temp chron file".

---

<u>Documents/Exhibits Retained in Supplemental Files</u>  **(Scanned)**

___ • Poor quality scanned images (i.e. Handwritten, Photographs)

___ • Surety bonds

___ • Bound extradition papers

---

<u>Documents/Exhibits Retained in Supplemental Files</u>  **(Not Scanned)**

X • CD, DVD, USB drive. (i.e. Audio/Visual)

---

** All other documents and documentary exhibits are part of the CM/ECF
Case Record in pdf format.

Date: *2-6-2025*

Revised: 2/20/2019